THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
FEB - 8 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| LEVI REED, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-05-CA-186-RF |
| | § | |
| SAN ANTONIO AEROSPACE, L.P., ET. AL., | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On this day, the Court entered an Order GRANTING Defendant's Motion for Summary Judgment (Docket No. 48). The Court now enters its Final Order of Judgment.

IT IS HEREBY ORDERED Defendant's Motion for Summary Judgment (Docket No. 48) is GRANTED.

It is finally ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE, with the parties to bear their own costs.

It is so ORDERED.

Signed this 8th day of February, 2008.

_____
ROYAL FURGESON
UNITED STATES DISTRICT JUDGE